NOTE: CHANGES MADE BY
THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TISCARENO, an individual, | CASE NO. CV10-440 SJO (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| KIM BASS, an individual, et al., | |
| Defendants. | |

January 18, 2011, the court: (1) pursuant to Fed. R. Civ. P. 12(b)(6), dismissed with prejudice, all claims by plaintiff, Tony Tiscareno, against all defendants, except a claim for copyright infringement against Kim Bass and Bass Entertainment, Inc., and (2) denied plaintiff's Motion for Leave to Add Additional Defendants. January 26, 2011, the court ordered that no proposed judgment be filed until after resolution of the copyright infringement claim against Kim Bass and Bass Entertainment, Inc. At the May 16, 2011, pretrial conference, the court at plaintiff's request and with the consent of the remaining defendants, Kim Bass and Bass Entertainment, Inc., dismissed plaintiff's sole remaining claim for copyright infringement

against Kim Bass and Bass Entertainment, Inc.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is hereby entered on plaintiff's Third Amended Complaint in its entirety in favor of Epic Pictures Group, Inc., Kaleidoscope Home Entertainment Limited (erroneously sued as "Kaleidoscope Home Entertainment"), Richard Mattern, John Galanti, Jon Zimmerman, Robert Zimmerman, and Lawrence Brennan.

2. Judgment is hereby entered on plaintiff's Third Amended Complaint as to the second and third claims for relief in favor of Kim Bass and Bass Entertainment, Inc.

~~3. Judgment is hereby entered dismissing plaintiff's Fourth Amended Complaint in its entirety.~~

Dated: June 23, 2011

_S. James Otero_
————————————————
S. James Otero
United States District Judge